# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Jamie Forbes, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:24-cv-00048-KDB-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Atlantic Bay Mortgage Group, LLC | ) | |
| Mortgage Electronic Registration Systems, Inc. | ) | |
| Fannie Mae | ) | |
| John Does 1-10, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2024 Order.

August 14, 2024

Katherine Hord Simon, Clerk
United States District Court